TIMOTHY WILLIAMS, Respondent, v RAYMOND CORPORATION et al., Appellants.

Submitted July 24, 2006; decided October 19, 2006

Motion by Product Liability Advisory Council, Inc. for leave to file a brief amicus curiae on the motion for leave to appeal herein granted and the brief is accepted as filed.